No. D–1641. IN RE DISBARMENT OF MARCUS. Martin B. Marcus, of Oak Park, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1642. IN RE DISBARMENT OF O'KEEFE. Michael P. O'Keefe, of Lenexa, Kan., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1643. IN RE DISBARMENT OF STANLEY. Christopher Danahy Stanley, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1644. IN RE DISBARMENT OF GUTH. Milton Jerome Guth, of Cleveland, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1645. IN RE DISBARMENT OF SCHOUMAN. James F. Schouman, of Dearborn, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1646. IN RE DISBARMENT OF GLOVER. Paul L. Glover, of Downers Grove, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1647. IN RE DISBARMENT OF MCCLOSKEY. John Thomas McCloskey, of Farmington Hills, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.